IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SIDNEY GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FINANCIAL CREDIT SERVICES, INC., d/b/a ASSET RECOVERY ASSOCIATES, and WESTERN SURETY COMPANY, | ) ) ) ) |
| Defendants. | ) Civil Action No. 5:16-CV-028-C |

## ORDER OF DISMISSAL

The Court having considered the Plaintiff's Motion to Dismiss Without Prejudice, filed April 11 2016,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** without prejudice, with costs taxed against the party incurring same.

Dated April 11, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE